[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 10, 2006
THOMAS K. KAHN
CLERK

_____

No.  05-13770
Non-Argument Calendar

_____

D. C. Docket No. 04-00271-CR-03-WBH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS PEREZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 10, 2006)

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Jeff P. Manciagli, appointed counsel fo Jesus Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perez's conviction and sentence are **AFFIRMED**.